**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC, | |
| Plaintiff, | Case No. 26-cv-01791 |
| v. | **Judge Matthew F. Kennelly** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge M. David Weisman** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| goodparts_auto | 4 |
| LZWELL Autoparts | 8 |
| LZWELL Business | 9 |
| 24carpatsy | 21 |
| aoyao020 | 25 |
| bruceshark-005 | 29 |
| cs-autoparts1 | 35 |
| lzkj13 | 52 |
| performance_autoparts1 | 57 |

Dated this 12th day of March 2026.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*