# Exhibit A

| Name / Seller Alias | Emails |
| --- | --- |
| bihuostart | cyg6762@outlook.com |
| Classiclikecustom | nianchengdu3@outlook.com |
| DUOMAIMAI | 13462411940@163.com |
| JingJing77 | chengjinjing001@163.com |
| Jumpsold | zhuihoz8202@outlook.com |
| lixuemindsadad | eoxu4937@outlook.com |
| panjiabaobbb | jb17688543337@163.com |
| QILE SHOP | 13058292034@163.com |
| Shenzhen Yizhoutu Trading Co., Ltd. | zhaozhouling@outlook.com |
| Shenzhen Yuantangfeng Trading Co., Ltd. | tanhuixuan951@outlook.com |
| wangguilin10 | fugui1110111@163.com |
| XiongBingBing Mall | xiong198huabing64@163.com |
| XXDASBY | zqyj20240702@163.com |
| xzzpsmyxgs | zhangpeng54a@163.com |
| Yanan Trading | dyn19693948776@163.com |
| zhangchuhao8888 | zhangchuhao88885@outlook.com |
| 21centurytopstore | easytops007@hotmail.com |
| adventure_3 | nerimemilate2202@hotmail.com |
| Autoparts774 | lusylufy774@126.com |
| azamov94 | azamovvianda@outlook.com |
| buistore6526 | tannamsg2@hotmail.com |
| caroem031 | qayea339952@yeah.net |
| carwingsstore | supengcheng_sh@163.com |
| ceooyoo | cyao1132@163.com |
| cool_carmotor | 421716857@qq.com |
| edenbyron | hamiltionprice13@outlook.com |
| edga745 | edgar0826@163.com |
| fafa-five | fafacundo005@126.com |
| faxi9134 | faxinrong@yeah.net |
| harmony_907 | harmony6662024@163.com |
| high-levelauto | jinyuanmao02@163.com |
| intervox5 | yjzcujkvxjywc@outlook.com |
| Koi | csfhwl@aliyun.com |
| lantianoemauto | laikeming11162@outlook.com |
| levanautopro | f15621625158@163.com |
| Love Car-Home | jiecarpart001@sina.com |
| MotorTroveParts | jinyuanmao03@163.com |
| OEMPARTS034 | cstt55525@163.com |
| ok-kang | maliang8756@163.com |
| Puert Parts LLC | bhmd9r@163.com |

| | |
|---|---|
| speedfun.autos | lzxyw22@outlook.com |
| super9parts | jiangrui_sh@163.com |
| theoneparts123 | theoneparts1@hotmail.com |
| TOPART AUTO | lingzhoukeji01@163.com |
| wealthwell | wealthwellso@163.com |
| wolt46 | wotlasfd@outlook.com |
| ZPart Auto | 15763616310@163.com |
| Color stickers | 1639892750@qq.com |
| cookie Car Stickers | 19174420484@163.com |
| Favorite to blow by the lake | a16750798635@163.com |
| Flying birds enjoy drinking and playing with fish | a16750798632@163.com |
| good abddfdba | b19739056590@163.com |
| HMM sticker | 2773516721@qq.com |
| Jeep specialty Shop | 1ke-uswqsw15gc@dingtalk.com |
| Kindiwupo | min17hao@sina.com |
| KK Car sticker | sxx0707@qq.com |
| PrimePrice Plaza | 13665938121@139.com |
| ro ro sticker | 13531556530@163.com |
| The shadow stretched very long | aa15105949950@163.com |
| Car Accessories Pro | ljy_22_0410@163.com |
| luohuaitao | wastekendai7@outlook.com |
| | Lucy-Tro@outlook.com |
| | junxuelawyer@foxmail.com |
| | wxq@gdqrls.cn |
| | weigudavid@ip-defense.com; robertlaw@trolaw.net |
| | adamu@au-llc.com; niu@mainleaf-law.com; lou@mainleaf-law.com; settlement@mainleaf-law.com |
| | jeffrey.liu@usatro.com |
| | dane.cloudraker@qq.com |
| | shelly@cheng-ip.com |