**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC, | ) Case Number: 26-cv-1791 |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| The Partnerships and Unincorporated | ) Honorable Matthew F. Kennelly |
| Associations Identified on Schedule A, | ) |
| | ) |
| | ) |
| Defendants. | |

**(UNKNOWN IF OPPOSED) DEFENDANTS' FIRST MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, 46 high-levelauto & 54 motortroveparts, ("Defendants"), through

counsel, and respectfully request this Court extend the time by 21 days to file a response to the

Complaint. In support:

1.      This is the first motion for an extension of time filed by the Defendants.

2.      The undersigned was retained this morning, and Defendants have sought

        settlement negotiations with the Plaintiff.

3.     The Defendants need additional time to try and reach a settlement, or if not, respond to Plaintiff's Complaint.

4.     This Court may, for good cause, extend the time by which Defendants' response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5.     The Defendants request this Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, if ultimately necessary, to April 20, 2026.

6.     The undersigned contacted Plaintiff this morning regarding this Motion, but has not received a reply about this Motion, as of this filing.

WHEREFORE, the Defendants respectfully request this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Complaint is due 21 days to April 20, 2026.

March 30, 2026               Respectfully submitted,

<u>s/ Christopher Keleher</u>

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on March 30, 2026 that a true and correct copy

of the foregoing document was filed electronically with the Clerk of the Court and served on all

counsel of record.


Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com