**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FCA US LLC,

       Plaintiff,

v.

BIHUOSTART, et al.,

       Defendants.

Case No. 26-cv-01791

**Judge Matthew F. Kennelly**

**Magistrate Judge M. David Weisman**

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC

hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| bihuostart | 1 |
| afc_autoparts | 24 |

Dated this 16th day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*